```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDS III MORTGAGE CAPITAL G, LLC,

    Plaintiff,

-against-

F. MARTIN PARIS, JR., et al.,

    Defendants.

25-CV-01377 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As a precondition for the settlement conference scheduled for July 8, 2025, each party was required to "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 37 ¶ 2.) The Court has reviewed the parties' confidential pre-settlement letters, and it appears that defendants have not conveyed any offer to plaintiff. It is hereby ORDERED that defendants must convey a good-faith offer to plaintiff, and, no later than **July 7, 2025 at noon**, submit a confidential settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, confirming that the offer was made, and advising the Court of the offer.

Dated: New York, New York
       July 2, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**