```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDS III MORTGAGE CAPITAL G, LLC,

        Plaintiff,

-against-

F. MARTIN PARIS, JR., et al.,

        Defendants.

25-CV-01377 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's settlement conference, no later than **August 7, 2025**, the parties must submit a confidential joint settlement update letter, by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
       July 8, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**